| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
140 West 121 LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
81-3040933

**4. Debtor's address**

Principal place of business:  
140 W 121st Street  
New York, NY 10027  
Number, Street, City, State & ZIP Code

New York  
County

Mailing address, if different from principal place of business:  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor  __140 West 121 LLC_____     Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor __140 West 121 LLC_____ Case number (*if known*)_____
     Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | 140 West 121 LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 14, 2023
MM / DD / YYYY

**X** /s/   Beatrice O. Sibblies                         Beatrice O. Sibblies
Signature of authorized representative of debtor          Printed name

Title   Sole Member

**18. Signature of attorney**

**X** /s/ Erica Aisner                         Date   August 14, 2023
Signature of attorney for debtor                   MM / DD / YYYY

Erica Aisner
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   eaisner@kacllp.com

4106084 NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name: 140 West 121 LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| -NONE- | | | | | | |

# United States Bankruptcy Court
## Southern District of New York

In re: 140 West 121 LLC

Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beatrice Sibblies<br>140 West 121st Street<br>New York, NY 10027 | | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: August 14, 2023

Signature: /s/ Beatrice O. Sibblies
Beatrice O. Sibblies

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   140 West 121 LLC                                                                        Case No.
                                    Debtor(s)                                                    Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ☒ **RETAINER**
   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ 20,000.00 |
   | The undersigned shall bill against the retainer at an hourly rate of | $ 475.00 |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ 1,738.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☐ Debtor     ☒ Other (specify):   Beatrice Sibblies

4. The source of compensation to be paid to me is:
   ☒ Debtor     ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
      b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
      c. To prepare the necessary responses, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
      d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
      e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
      f. To advise the Debtor in connection with any potential sale or transaction with respect to its property. .
      g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
      h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
      i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor's estate and to promote the best interests of the Debtor, its creditors and its estate.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation in Adversary Proceedings, subject to further agreement with the Debtor.

In re    140 West 121 LLC                       Case No.         

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| August 14, 2023 | /s/ Erica Aisner |
| *Date* | Erica Aisner |
| | *Signature of Attorney* |
| | Kirby Aisner & Curley LLP |
| | 700 Post Road |
| | Suite 237 |
| | Scarsdale, NY 10583 |
| | Fax: |
| | eaisner@kacllp.com |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Southern District of New York**

In re   140 West 121 LLC                                                                             Case No.
                                              Debtor(s)                                               Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Beatrice O. Sibblies, declare under penalty of perjury that I am the Sole Member of 140 West 121 LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said company at a special meeting duly called and held on the 14th day of August, 2023.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Beatrice O. Sibblies, Sole Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Beatrice O. Sibblies, Sole Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Beatrice O. Sibblies, Sole Member of this Company is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the company in such bankruptcy case."

Date  August 14, 2023                                                Signed   */s/ Beatrice Sibblies*
                                                                                          Beatrice Sibblies

Resolution of Board of Managers
of
140 West 121 LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Beatrice O. Sibblies, Sole Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Beatrice O. Sibblies, Sole Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the cormpany, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Beatrice O. Sibblies, Sole Member of this Company is authorized and directed to employ Erica Aisner , attorney and the law firm of Kirby Aisner & Curley LLP to represent the company in such bankruptcy case.

Date  August 14, 2023

Signed  /s/ Beatrice Sibblies
        Beatrice Sibblies, sole member

# United States Bankruptcy Court
### Southern District of New York

In re: 140 West 121 LLC

Debtor(s)

Case No.

Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 14, 2023

/s/ Beatrice O. Sibblies
Beatrice O. Sibblies/Sole Member
Signer/Title

Casswell Communications, Inc.
c/o Smith, Gambrell & Russell, LLP
1301 Ave of the Americas 21st Floor
New York, NY 10019

Casswell Communications, Inc.
11716 Bishops Content Road
Bowie, MD 20721

Hennessey & Bienstock, LLP
c/o Wilson, Elser, Moskowitz, et.al.
1133 Westchester Ave.
White Plains, NY 10604

Hennessey & Bienstock, LLP
551 Madison Ave, 11th Floor
New York, NY 10022

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Invictus Residential Pooler LP
c/o Corp. Trust Company
1209 North Orange Street
Wilmington, DE 19801

Navigator Business Services LLC
650 E. Palisades Avenue Suite 2 #322
Englewood Cliffs, NJ 07632

Norgaard, O'Boyle & Hannon
Attn: Brian G. Hannon, Esq.
184 Grand Avenue
Englewood, NJ 07631

NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007

NYC DEP
59-17 Junction Blvd.
Elmhurst, NY 11373

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

Office of the United States Trustee
One Bowling Green
New York, NY 10004-1408

```
Roach & Lin, P.C.
Attn: Kathleen A. Casey, Esq.
6851 Jericho Tpk. , Suite 185
Syosset, NY 11791


Roberta F. Ashkin, Esq.
Referee
400 East 70th St.  Apartment 2205
New York, NY 10021


Wilmington Sav, Fund Society, FSB
60 Livingston Avenue
Saint Paul, MN 55107
```

# United States Bankruptcy Court
## Southern District of New York

In re: 140 West 121 LLC

Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 140 West 121 LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 14, 2023
Date

/s/ Erica Aisner
Erica Aisner
Signature of Attorney or Litigant
Counsel for 140 West 121 LLC
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
 Fax:
eaisner@kacllp.com