UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE:

                                       CASE NO.: 23-11301 (DSJ)

140 West 121 LLC,

                                       CHAPTER: 11

                      Debtor.
-------------------------------------------------------------------X

### ORDER DENYING RELIEF FROM
### THE AUTOMATIC STAY WITHOUT PREJUDICE

Upon the motion, dated October 19, 2023, (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 140 W 121st Street, New York, NY 10027; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on November 9, 2023 and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is denied without prejudice for the reasons set forth on the record at the hearing held on November 9, 2023.

Dated: New York, New York
       December 12, 2023

                                       *s/ David S. Jones*
                                    HONORABLE DAVID S. JONES
                                    UNITED STATES BANKRUPTCY JUDGE