UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

140 WEST 121 LLC,                                                              Case No. 23-11301 (DSJ)

                                       Debtor.
-----------------------------------------------------------------x

## **MEMORANDUM ENDORSED ORDER**

        Application for a "hearing" denied without prejudice to a further request. For the Court to schedule a "hearing" as requested, there should first be a motion or other application for judicial relief filed, and that has not yet occurred. The Court can schedule conferences, but the Court believes that, in the present circumstances, counsel should meet and confer with Debtor's counsel before seeking Court intervention. If and when such inter-party communication has occurred, if any party would like the Court to conduct a conference, that party should so request by docketed letter. The Court generally is available to conduct conferences on short notice.

**It is so ordered.**

Dated: New York, New York
       January 5, 2024

                                                     *s/ David S. Jones*
                                                     Honorable David S. Jones
                                                     United States Bankruptcy Judge