FELDMAN & ASSOCIATES, PLLC
*Proposed Special Condominium Counsel for the Debtor*
570 Grand Avenue
Englewood, New Jersey 07631
-and-
99 Madison Avenue, Suite 630
New York, New York 10016
Tel: (212) 685-2277
Edward S. Feldman, Esq.
efeldman@feldmanandassociates.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                               Chapter 11

140 WEST 121 LLC,                Case No. 23-11301(DSJ)

                       Debtor.
-----------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF EDWARD S. FELDMAN, ESQ. IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND RETENTION OF FELDMAN & ASSOCIATES, PLLC AS SPECIAL CONDOMINIUM PLAN COUNSEL EFFECTIVE AS OF NOVEMBER 29, 2023**

      Edward S. Feldman, an attorney duly admitted to practice law in the Courts of the State of New York, states the following to be true under the penalties of perjury:

      1.    I am a member of Feldman & Associates, PLLC (the "Firm"), which maintains an office at 570 Grand Avenue, Englewood, New Jersey 07631 and 99 Madison Avenue, Suite 630, New York, New York, 10016.

      2.    I am fully familiar with the facts stated herein and submit this supplemental declaration in further support of an order authorizing 140 West 121 LLC (the "Debtor") to employ and retain the Firm as its special condominium plan counsel effective as of November 29, 2023.

      3.    In connection with the engagement of the Firm by the Debtor, and in order to

make certain required disclosures in this case in support of the approval by the Court of the employment of the Firm by the Debtor, a conflict search was conducted which compared a list (the "List") of the Debtor's known creditors, members, directors, officers, debtors, and financial institutions, as well as any non-debtor businesses that may be owned by the Debtor against the Firm's database of all existing and prior matters and contacts (the "Database"). No parties were identified by the Firm in the Database as having any connection to any partner or employee of the Firm or any current or former clients of the Firm. Annexed hereto is a copy of the List.

4.      Accordingly, to the best of my knowledge, the Firm does not represent or hold any interest that is adverse to the Debtor's estate with respect to the matters with which it is to be employed.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 23, 2024

                                                    ___/s/ Edward S. Feldman_____
                                                    Edward S. Feldman, Esq.

MEMO

To:      Edward S. Feldman, Esq.
            Feldman & Associates, PLLC

From:    Jessica Hill, Esq.
            Kirby Aisner & Curley LLP

Re:      140 West 121 LLC - Conflict List
            Chapter 11 Bankruptcy Case No: 23-11301

---

Below is a list of all interested parties in the Chapter 11 Case of 140 West 121 LLC:

| | | |
|---|---|---|
| Honorable David S. Jones<br>United States Bankruptcy Judge<br>Southern District of New York | Lynda Calderon, Courtroom Deputy<br>Leslie Wybiral, Law Clerk<br>Vincent Puzak, Law Clerk<br>Jillian Ingrisano, Law Clerk | Kirby Aisner & Curley LLP<br>Dawn Kirby, Esq.<br>Erica R. Aisner, Esq.<br>Julie Cvek Curley, Esq.<br>Elizabeth Haas, Esq.<br>Jessica M. Hill, Esq.<br>Rosemarie Matera, Esq. |
| Office of the United States Trustee<br>William K. Harrington, Esq.<br>Andrea B. Schwartz, Esq.<br>Joseph T. Nadkarni, CFA, Analyst | Michael L. Carey, Esq.<br>Friedman Vartolo, LLP<br>1325 Franklin Avenue, Suite 230<br>Garden City, NY 11530 | John G. McCarthy, Esq.<br>Smith, Gambrell & Russell, LLP<br>1301 Ave of the Americas<br>21st Floor<br>New York, NY 10019 |
| Hennessey & Bienstock, LLP<br>551 Madison Ave, 11th Floor<br>New York, NY 10022 | Wilson, Elser, Moskowitz,<br>Edelman & Dicker LLP<br>1133 Westchester Ave.<br>White Plains, NY 10604 | Brian G. Hannon, Esq.<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631 |
| Kathleen A. Casey, Esq.<br>Roach & Lin, P.C.<br>6851 Jericho Tpk., Suite 185<br>Syosset, NY 11791 | Roberta F. Ashkin, Esq., Referee<br>400 East 70th St. Apartment 2205<br>New York, NY 10021 | Navigator Business Services LLC<br>650 E. Palisades Avenue Suite 2<br>#322<br>Englewood Cliffs, NJ 07632 |
| Caswell Communications, Inc.<br>Caswell Capital Partners LLC<br>Judith F. Aidoo, CEO<br>11716 Bishops Content Road<br>Bowie, MD 20721 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Invictus Residential Pooler LP<br>c/o Corp. Trust Company<br>1209 North Orange Street<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| NYC Dept. of Finance<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY 11201 | NYC Corporation Counsel<br>100 Church Street, RM 5-240<br>New York, NY 10007 | NYC DEP<br>59-17 Junction Blvd.<br>Elmhurst, NY 11373 |
| NYC Dept. of Finance<br>375 Pearl Street, 30th Floor<br>New York, NY 10038 | NYS Dept. of Taxation & Finance<br>Bankruptcy/ Special Procedures Section<br>PO Box 5300<br>Albany, NY 12205-0300 | US Bank Trust National Association,<br>As Trustee of LB Tiki Series V Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Wilmington Sav, Fund Society, FSB<br>60 Livingston Avenue<br>Saint Paul, MN 55107 | Beatrice O. Sibblies<br>BOS Development | |