UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 23-11301-dsj |
| | CHAPTER: 11 |
| 140 West 121 LLC | HON. JUDGE.: David S Jones |
| Debtor(s) | |

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On November 8, 2024, I, <u>Michael L. Carey,</u> caused to be served a true copy of the annexed **<u>NOTICE OF DEFAULT</u>** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: <u>/s/ Michael L. Carey</u>
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York
11530 T: (212) 471-5100
F: (212) 471-5150

# SERVICE LIST

140 West 121 LLC
140 W 121st Street
New York, NY 10027
NEW YORK-NY
*Debtor*

Erica Feynman Aisner
Kirby Aisner & Curley LLP
700 Post Road
Ste. 237
Scarsdale, NY 10583
*Debtor's Attorney*

Jessica M Hill
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
*Debtor's Attorney*

Andrea Beth Schwartz
DOJ-Ust
Alexander Hamilton U.S. Custom House
One Bowling Green
., Room 534
New York, NY 10004
*U.S. Trustee*

**UNITED STATES TRUSTEE**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
*U.S. Trustee*